```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

United States of America

    v.                              2:06-cr-22

Donald E. Benner, Jr.

## ORDER

On February 13, 2006, the defendant appeared before the magistrate judge, and consented to enter a guilty plea before the magistrate judge.  The defendant pleaded guilty to Count 1 of the information, and consented to the forfeiture in Count 2 of the information.  On February 13, 2006, the magistrate judge filed a Report and Recommendation recommending that the defendant's plea of guilty be accepted.  There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. No. 28).  The court accepts the defendant's plea of guilty to Count 1 of the information, and he is hereby adjudged guilty on that count.  The court will defer acceptance of the plea agreement until after the court has had the opportunity to review the final presentence investigation report.

Date: March 27, 2006                    s\James L. Graham
                                                James L. Graham
                                                United States District Judge